COURT OF APPEALS
 TENTH DISTRICT OF TEXAS
 center10985500
 April 16, 2015
 No. 10-13-00105-CR
 STANLEY WAYNE ROBERTSON
 v.
 THE STATE OF TEXAS
 
 center-4254500
 From the 85[th] District Court
 Brazos County, Texas
 Trial Court No. 10-04337-CRF-85
 
--------------------------------------------------------------------------------
JUDGMENT

This Court has reviewed the briefs of the parties and the record as relevant to the issues raised in this proceeding and finds that no reversible error is presented. Accordingly, the trial court's judgment signed on February 26, 2013 is affirmed.
 A copy of this judgment will be certified by the Clerk of this Court and delivered to the trial court clerk for enforcement. 
 PER CURIAM
 SHARRI ROESSLER, CLERK

 By: 3040380-17145000 
 Deputy Clerk